AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*_____ DISTRICT OF  NEVADA

TROY WISE,

    Plaintiff,

v.

ANDREW SCHREIBER, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:15-cv-00462-RCJ-VPC**

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss or for Summary Judgment (ECF No. 9) is GRANTED.

February 17, 2017                                                   **DEBRA K. KEMPI**
                                                                                  Clerk

                                                                                 /s/ K. Rusin
                                                                                Deputy Clerk